**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THOMAS M. BEAUDOIN,

    Plaintiff,

v.                                            Case No. 08-CV-14289-DT

DONALD McGEHEE, et al.,

    Defendants.
                                                   /

**ORDER MEMORIALIZING DATES AND
SUSPENDING COURT-SUPERVISED DISCOVERY**

On June 1, 2009, the court conducted a scheduling conference, on the record, with *pro se* Plaintiff Thomas M. Beaudoin and counsel for Defendants. During the conference, counsel for the state Defendants indicated that he anticipated filing a motion to dismiss by **June 12, 2009**. If counsel files a motion by such date, the local rules provide that Plaintiff will have until **July 7, 2009** to respond. If, however, upon receipt of the motion, Plaintiff desires additional time, he may so request by contacting the court's case manager, Lisa Wagner, at (313) 234-5522.[1] In the meantime, with the exception of Defendant Grant, the parties will suspend discovery pending resolution of the motion to dismiss. Accordingly,

IT IS ORDERED that court-supervised discovery is SUSPENDED until further order of the court[2] with the exception of discovery regarding Plaintiff's claims against Defendant Grant.

---

[1] The court is inclined to grant Plaintiff additional time, within reasonable limitations.

[2] The parties are free to engage in voluntary discovery by agreement.

The court will determine whether a hearing on the anticipated motion to dismiss is necessary after receiving Plaintiff's response.  *See* E.D. Mich. LR 7.1(e)(2).

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated:  June 2, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 2, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522